1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

15

16

17

18

19

20

21

CLAUDIA E L. S.,[1]

            Plaintiff,

            v.

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

Case No. 5:21-cv-00654-ODW-PD

**ORDER ACCEPTING REPORT
AND ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES
MAGISTRATE JUDGE**

22

23

24

25

26

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the

Joint Submission, the records on file, the Report and Recommendation of

United States Magistrate Judge, and Plaintiff's Objections to the Report. The

27

28

---

     [1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1  Court has engaged in a *de novo* review of those portions of the Report to which

2  Plaintiff has objected.

3      The Court accepts the Report and adopts it as its own findings and

4  conclusions.

5

6

7  DATED:   October 13, 2022

8  _____

9  OTIS D. WRIGHT II
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2