JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA E L. S.,[1] | Case No. 5:21-cv-00654-ODW-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is Affirmed and this action is dismissed with prejudice.

Dated: _October 13, 2022

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.